# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:19-mj-00394-NJK |
| Plaintiff, | |
| vs. | ORDER |
| JUSTIN LEE TRIPP, | (Docket Nos. 13, 17) |
| Defendant. | |

While represented by counsel, Defendant Justin Lee Tripp filed a *pro se* motion for Court to rule on motion to compel and a *pro se* motion for *in camera* review of e-mails. Docket Nos. 13, 17. A party who is represented by counsel "cannot while so represented appear or act in the case." LR IA 11-6(a).

Accordingly,

Defendant's *pro se* filings, Docket Nos. 13 and 17, shall be **STRICKEN** from the docket.

IT IS SO ORDERED.

DATED: January 15, 2020.

NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE