# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | Case No. 2:19-mj-00394-NJK |
| vs. | ORDER |
| JUSTIN LEE TRIPP, | (Docket Nos. 24, 25) |
| Defendant. | |

While represented by counsel, Defendant Justin Lee Tripp filed *pro se* documents with the Court. Docket Nos. 24, 25. A party who is represented by counsel "cannot while so represented appear or act in the case." LR IA 11-6(a).

Accordingly,

Defendant's *pro se* filings, Docket Nos. 24 and 25, shall be **STRICKEN** from the docket.

IT IS SO ORDERED.

DATED: January 22, 2020.

NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE