NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar Number 13644
KIMBERLY M. FRAYN
Assistant United States Attorney
501 Las Vegas Boulevard So., Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Fax: (702) 388-5087
Kimberly.Frayn@usdoj.gov
*Representing the United States*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 2:19-MJ-00394-NJK |
| vs. | **Stipulation For a Protective Order** |
| JUSTIN LEE TRIPP, | |
| Defendant. | |

The parties, by and through the undersigned, respectfully request that the Court issue an Order protecting from disclosure to the public, or any third party not directly related to this case, any documents, recordings, or other tangible things produced by the government during discovery, containing personal identifying information of victims and their financial information. The parties state as follows:

1. The complaint, (ECF No. 1), issued in May of 2019.

2. Tripp had his initial appearance and was detained on January 30, 2020, at which time Assistant Federal Public Defender Kathryn Newman's continued representation of Mr. Tripp was confirmed.

3. A preliminary hearing has been set for February 14, 2020.

1

4. Discovery in this matter has been produced to the Federal Public Defender's office.

5. The complaint arises out of Tripp's and his co-conspirator's 2016 conspiracy to steal victims' identities and use those identities to commit vehicle-financing fraud, that is, fraudulently purloining high-end vehicles from car dealerships and then selling them to unwitting buyers. The co-conspirators' crimes occurred as they moved through Washington, Oregon, California, and finally to Nevada, where Tripp was arrested by Las Vegas Metropolitan Police Department officers (LVMPD) on or about March 21, 2016. At the time of his arrest, Tripp possessed identity document making implements that were forensically examined and found to contain numerous victim PII, as well as templates used to make counterfeit documents. Tripp also possessed approximately Washington state driver's licenses bearing his photo and stolen identities' names and dates of birth, and approximately counterfeit access devices in stolen identities' names. As a result of the conspiracy, there is more than 1300 bates stamped items, and a number of forensic exams of electronic devices seized from the co-conspirators. The discovery includes, but is not limited to, victims' PII and their financial information, ("Protected Information"). The release of such information to the public or third parties not involved in the case could endanger the privacy of thousands of individuals and also subject them to potential misuse of their identities. The "Protected Information" is subject to this protective order.

6. In order to protect the privacy of the victims and witnesses, the parties intend to restrict access to the following individuals: attorneys for all parties, and any personnel that the attorneys for all parties consider necessary to assist in performing those attorneys' duties in the prosecution or defense of this case, including investigators, paralegals, retained experts, support staff, and any other individuals specifically authorized by the Court (collectively, the "Covered

Individuals").

7. The Covered Individuals shall be advised of the Protective Order, and as such without leave of Court, the Covered Individuals shall not:

    a. make copies for, or allow copies of any kind to be made by any other person of the "Protected Information" in this case;

    b. allow any other person to read, listen, or otherwise review the "Protected Information" in this case;

    c. use the "Protected Information" for any other purpose other than preparing to defend against or prosecute the charges in the indictment or any further superseding indictment arising out of this case; or

    d. attach any "Protected Information" to any of the pleadings, briefs, or other court filings except to the extent those pleadings, briefs, or filings are filed under seal or properly compliant with LR IC 6-1.

8. The defendant shall only be permitted to review the Protected Information in the presence of defense counsel who shall retain exclusive possession of the Protected Information. Defense counsel will ensure that any discovery item left with Defendant is fully redacted of any Protected Information.

9. Nothing in this stipulation is intended to restrict the parties' use or introduction of the "Protected Information" as evidence at trial or support in motion practice.

10. The parties shall inform any person to whom disclosure may be made pursuant to this order of the existence and terms of this Court's order.

11. The parties reserve the right to seek to modify the terms of this protective order at a later time pursuant to Federal Rule of Criminal Procedure 16(d)(1). Should a reasonable need for this protective order cease to exist, on grounds other than a Covered Individual or some other person violating or circumventing its terms, the government will move expeditiously for its dissolution.

10. The defense hereby stipulates to this protective order.

Respectfully submitted,
For the United States:

NICHOLAS A. TRUTANICH
United States Attorney

/s/ Kimberly M. Frayn
KIMBERLY M. FRAYN
Assistant United States Attorney

For the Defendants:

/s/ Kathyrn Newman
KATHRYN NEWMAN
Assistant Federal Public Defender
Attorney for Justin Lee Tripp

**IT IS SO ORDERED:**

_____
THE HONORABLE NANCY J. KOPPE
United States Magistrate Judge

February 4, 2020
Date