RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
KATHRYN C. NEWMAN
Assistant Federal Public Defender
Nevada State Bar No. 13733
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Kathryn_Newman@fd.org

Attorney for Justin Lee Tripp

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      v.<br><br>JUSTIN LEE TRIPP,<br><br>            Defendant. | Case No. 2:19-mj-00394-NJK<br><br>**STIPULATION TO CONTINUE MOTION DEADLINE**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Kimberly M. Frayn, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Kathryn C. Newman, Assistant Federal Public Defender, counsel for Justin Lee Tripp, that the time within which the defendant may refile his motion to compel, currently set for February 24, 2020, be vacated and continued to March 16, 2020.

This Stipulation is entered into for the following reasons:

1. Additional time is requested to allow the parties to continue negotiations.
2. The defendant is in custody and agrees with the need for the continuance.
3. The parties agree to the continuance.

This is the first request for a continuance of the motion to compel refile.

DATED this 24th day of February, 2020.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
| */s/ Kathryn C. Newman*<br>By_____<br>KATHRYN C. NEWMAN<br>Assistant Federal Public Defender | */s/ Kimberly M. Frayn*<br>By_____<br>KIMBERLY M. FRAYN<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JUSTIN LEE TRIPP,<br><br>　　　　Defendant. | Case No. 2:19-mj-00394-NJK<br><br>**ORDER** |

　　For good cause shown, the parties' stipulation to continue the motion deadline, Docket No. 42, is hereby GRANTED. Defendant's deadline to refile his motion to compel is extended to March 16, 2020.

　　IT IS SO ORDERED.

　　DATED: February 24, 2020.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE