RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
KATHRYN C. NEWMAN
Assistant Federal Public Defender
Nevada State Bar No. 13733
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Kathryn_Newman@fd.org

Attorney for Justin Lee Tripp

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>      v.<br><br>JUSTIN LEE TRIPP,<br><br>          Defendant. | Case No. 2:19-mj-00394-NJK<br><br>**STIPULATION TO CONTINUE PRELIMINARY EXAMINATION**<br>(Second Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Kimberly M. Frayn, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Kathryn C. Newman, Assistant Federal Public Defender, counsel for Justin Lee Tripp, that the Preliminary Examination currently scheduled on March 17, 2020, be vacated and continued to a date and time convenient to the Court, but no sooner than thirty (30) days.

This Stipulation is entered into for the following reasons:

1. Additional time is requested to allow the parties to continue negotiations and for defense to complete a review of the discovery and complete follow up investigation, if necessary.

2. The defendant is in custody and agrees with the need for the continuance.

3. The parties agree to the continuance.

This is the second request for a continuance of the preliminary examination.

DATED this 24th day of February, 2020.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
| */s/ Kathryn C. Newman*<br>By_____<br>KATHRYN C. NEWMAN<br>Assistant Federal Public Defender | */s/ Kimberly M. Frayn*<br>By_____<br>KIMBERLY M. FRAYN<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:19-mj-00394-NJK |
| Plaintiff, | **ORDER** |
| v. | |
| JUSTIN LEE TRIPP, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the preliminary examination currently scheduled for Tuesday, March 17, 2020 at 4:00 p.m., be vacated and continued to April 21, 2020, at 4:00 p.m.

DATED: February 24, 2020.

_____
UNITED STATES MAGISTRATE JUDGE